

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2015

No. 04-15-00145-CV

**INTEREST OF J.P,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00980
Honorable Richard Garcia, Judge Presiding

# O R D E R

     Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before May 11, 2015.

_____
Rebeca C. Martinez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court